**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-1099**

―――――――――

L. RUTHER,

Plaintiff - Appellant,

versus

WEICHERT REAL ESTATE, INCORPORATED,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:06-cv-00668-JRS)

―――――――――

Submitted:  April 19, 2007          Decided:  April 24, 2007

―――――――――

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Lawrence Ruther, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Ruther appeals the district court's order dismissing his civil action without prejudice for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ruther v. Weichert Real Estate, Inc.</u>, No. 3:06-cv-00668-JRS (E.D. Va. filed Oct. 10, 2006 & entered Oct. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>